# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

AARON LEE VANDERPOOL,

Defendant/Petitioner.

NO. 3:16-CR-217

(JUDGE CAPUTO)

## ORDER

**NOW**, this 4th day of April, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 104) filed by Aaron Lee Vanderpool is **DENIED**.

(2) A Certificate of Appealability **SHALL NOT ISSUE**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge